WILLIAM J. ELLIOT v. DANIEL N. HANSON.

*Arbitration and award—Bond.*

A bond for arbitration was conditioned on the performance of an award to be made on or before a certain date at an hour named, and the submission and hearing were begun after that hour, and the award was not made until afternoon. *Held* that there could be no recovery on the bond for the non-performance of the award.

Case made from Kent. Submitted June 12. Decided June 21.

ASSUMPSIT on a bond for the performance of an award. Defendant had judgment below.

*Simonds & Fletcher* for plaintiff.

*Standish & Fuller* for defendant.

CAMPBELL, C. J. In this case a bond for arbitration was conditioned for the performance of an award to be made on or before the 3d day of August, 1872, at ten o'clock in the forenoon. The award was not made until the afternoon of that day, and the submission and hearing were begun after that hour. Suit being brought on the bond it was held by the court below that no recovery could be had on it for the non-performance of the award.

No question arises upon its legality between the parties, but only as to whether the bond covers it. We find no authority for disputing the correctness of the ruling of the circuit court. The point was passed upon and decided in the same way in *Freeman v. Adams*, 9 Johns., 115, and *Bloomer v. Sherman*, 5 Paige, 575. If the party has any remedy it must be on the award and the action of the two litigants in consenting to and taking part in the actual submission. Upon this we need not now decide.

The judgment must be affirmed with costs.

The other Justices concurred.